IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUIS SALAZAR,           ) | |
|     Petitioner,    ) | |
| ) | |
| v.                      ) | 3:06-CV-0387-P |
| )                       | ECF |
| JUDGE ANNE ASHBY, 134th District Court) | |
|     Respondent.    ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and DENIES Petitioner's motion for the appointment of counsel (docket #5).

SO ORDERED this 31st day of March 2006.


_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE